**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

July 01, 2009

Phillips & Cohen Associates Ltd
695 Rancocas Road
Westampton, NJ 08060

Re: Margaret Fuller
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓, MI ▓▓▓

Consumer's account: ▓▓▓▓▓▓

LASPD file number: ▓▓▓

Dear Sir or Madam:

Please be advised that we represent Margaret Fuller regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Fuller. As you will see, Ms. Fuller's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for a payment arrangement or settlement. We therefore request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*/s/ Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT F

# Legal Advocates for Seniors and People with Disabilities

205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: _MARGARET L. Fuller_
First Client

SIGNED: _Margaret L Fuller_
First Client

DATED: _____

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _10_ DAY OF _March_, 200_8_

Notary Public, Muskegon Co., Michigan
My Commission Expires 3/17/2011
Acting in the County of Muskegon

_____
NOTARY PUBLIC

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | Monthly [redacted] | [illegible] | None |
| Other Disability Benefits | None | [illegible] | None |
| Veterans' Benefits | None | [illegible] | None |
| Workers' Compensation | None | [illegible] | None |
| Public Aid  Human Resources | Monthly [redacted] Food Stamp | | |
| Alimony | None | | |
| Child Support | None | | |
| Pension Benefits (ERISA-from company retirement plans) or IRA's | None | **TOTAL INCOME** Social Security [redacted] – Month | |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| (Rent)/Mortgage Lot *Please circle one.* | [redacted] | Clothing | None |
| Utilities (gas, electric, telephone, cell phone, water, etc.) Monthly Varies Peoples Gas Budget People Electric | [redacted] | Medical Had both cataract surgeon Jan 05 – Feb Eyes | Varies – Not sure amt owed |
| Real estate taxes. Be sure to divide the yearly amount by 12. | None | Dental Still Bal owing Dental | None |
| Food Groceries Month | [redacted] | Religious Affiliation Donations | None |

7

| | | | |
|---|---|---|---|
| Car Payment(s) | PAY ███ /Month ██████ owed yet | Health Insurance | Average ████ Month |
| Car Insurance | ██████ /Month | | Prescription |
| Car: Gas & Maintenance | ████ /Month | Life Insurance | None |
| Other Transportation Costs | None | Other Expenses (List) Pick up Prescription MTFB Mobile Home Ins Live-in Home | MONTHLY ████ ████ 4 DAY -/- Monthly of ████ |
| Reasonable expenses to support a child or parent | None | | |
| | | | |
| | | | |
| | | TOTAL EXPENSES | |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? **No**.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): None

---

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: **MARGARET L. FULLER**
First Client

SIGNED: *Margaret L Fuller*
First Client

DATED: *March 10, 08*

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
**10** DAY OF **MARCH**, 20**08**

*[signature]*
NOTARY PUBLIC

JULIE A. CHRISTIAN
Notary Public, Muskegon Co., Michigan
My Commission Expires 3/17/2011
Acting in the County of Muskegon

8

SOCIAL SECURITY ADMINISTRATION

MAY 0 6 2009

#3474

Date: December 22, 2008
Claim Number:

MARGARET L FULLER

MI

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2008, the full monthly
Social Security benefit before any deductions is......$

We deduct ▮▮▮ for medical insurance premiums each month.

The regular monthly Social Security payment is........$
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.



**NetCFax Sent Fax transmission report**
**Fax sent at : Sun Aug 30 23:55:43 2009**

Server :- at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : NORMAL |
| NetCFax Fax ID # | : 21356 |
| To Fax # | : 16095189171 |
| To Name | : Brittney Hutto |
| To Company | : Phillips & Cohen Associates Ltd |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| **From name** | : Jeff Whitehead |
| From company | : LASPD |
| **Subject** | : Margaret Fuller / ▓▓▓▓ |
| **Time sent** | : 15:39:14 |
| **Date sent** | : 2009/07/01 |
| Speed used | : 14400 |
| Sending time | : 3 mins 53 secs |
| **Total Pages** | : Cover page plus 5 attached pages |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**