**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

May 19, 2009

Phillips & Cohen Associates Ltd
695 Rancocas Road
Westampton, NJ 08060

Re: Lola Austin

, TX 

Consumer's account: ▉▉▉▉▉▉

LASPD file number: ▉▉▉

Dear Sir or Madam:

Please be advised that we represent Lola Austin regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Austin. As you will see, Ms. Austin's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for a payment arrangement or settlement. We therefore request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead,
Supervising Attorney
Enc.



**EXHIBIT**

I

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Maria C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: _Lola  B  Austin_
First Client

SIGNED: _Lola B Austin_
First Client

DATED: _08 - 19 - 07_

PRINTED NAME: _NA_
Second Client

SIGNED: _NA_
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _19th_ DAY
OF _August_, 200 _7_.

_Lisa K. Comeau_
NOTARY PUBLIC

LISA K. COMEAU
MY COMMISSION EXPIRES
March 28, 2009

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

| A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS — MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS) | | | |
|---|---|---|---|
| **SOURCE OF INCOME** | **AMOUNT** | **SOURCE OF INCOME** | **AMOUNT** |
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) | ███████ | Wage Income | |
| Other Disability Benefits | | Rental Income | |
| Veterans' Benefits | | Interest Income | |
| Workers' Compensation | | Other Income (if any, please describe) | |
| Public Aid | | | |
| Alimony or Child Support | | | |
| Pension Benefits (ERISA- from company retirement plans) or IRA's | ███████ | | |
| Unemployment Compensation and Benefits | | **TOTAL INCOME** | ███████ |

| B. MONTHLY EXPENSES — MONEY YOU PAY TO OTHERS | | | |
|---|---|---|---|
| **TYPE OF EXPENSE** | **MONTHLY AMOUNT** | **TYPE OF EXPENSE** | **MONTHLY AMOUNT** |
| Rent/Mortgage *Please circle one.* | ███████ | Other Transportation Costs | |
| Utilities (gas, electric, telephone, cell phone, water, etc.). | ███████ | Food | ███████ |
| Real estate taxes. *Be sure to divide the yearly amount by 12.* | ███████ *mon th* | Clothing | ███████ |
| Car payment(s) | ─── | Medical and Dental | ███████ |
| Car Insurance | ███████ *mouth* | | |
| Car: Gas & Maintenance | ███████ | | |

| | | | |
|---|---|---|---|
| Health Insurance *NO charge* ~~medicare TriCARe for Life~~ | | Reasonable expenses to support a child or parent | |
| Life Insurance *NO charge* ~~████~~ | | | |
| Religious Affiliation Donations | | Other – please itemize *Gas* | ~~████~~ |
| Debt service (i.e., credit card and other loan payments) ~~████████~~ | | *Dish network Phone* | ~~████~~ |
| | | *cell phone* | ~~████~~ |
| | | *WATER* | ~~████~~ |
| | | *LiGHTS* | ~~████~~ |
| | | *CAR INS* | |
| | | TOTAL EXPENSES | ~~████~~ |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? __*N/o*__.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):

_____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: *LoLA B AuSTiN*
First Client

SIGNED: *Lola B Austin*
First Client

DATED: *08 - 19 - 07*

PRINTED NAME: *N/A*
Second Client

SIGNED: *N/A*
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
*19th* DAY OF *August*, 200 *7*

*Lisa K. Comeau*
NOTARY PUBLIC

LISA K. COMEAU
MY COMMISSION EXPIRES
March 26, 2009

**NetCFax Sent Fax transmission report**
**Fax sent at : Wed Sep 16 17:07:45 2009**

Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB – This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

**Fax Status**                    **: NORMAL**

**NetCFax Fax ID #**              : 19799

**To Fax #**                      : 16095189442
**To Name**                       :
**To Company**                    : Phillips & Cohen Associates Ltd

**From fax #**                    : 13122631637
**From voice #**                  : 13122631633
**From name**                     : Jeff Whitehead
**From company**                  : LASPD

**Subject**                       : Lola Austin / █████████

**Time sent**                     : 18:48:30
**Date sent**                     : 2009/05/19
**Speed used**                    : 14400
**Sending time**                  : 2 mins 56 secs

**Total Pages**                   : Cover page plus 4 attached pages

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**