P.O. Box 48458
Oak Park, MI 48237
Return Service Requested

07/21/09

BOB DIXON
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ FL ▓▓▓▓▓▓

**Phillips & Cohen Associates, Ltd.**
Ph 866-321-2195 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

CHECK CARD USING FOR PAYMENT
CARD NUMBER
CARD BILLING ADDRESS AND ZIP CODE
SIGNATURE
PAYMENT AMOUNT
EXP. DATE

Check the box below if you are paying by credit card

☐
1002 Justison Street
Wilmington, DE 19801

JUL 31 2009

Reference #: ▓▓▓▓
Balance: $774.84

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re:  Client:                    PORTFOLIO ASSET GROUP
     Original Creditor:         JC Penny Dual Card
     Client Acct#:
     Reference#:                ▓▓▓▓▓▓
     Balance:                   $774.84

Dear BOB DIXON:

We had hoped that you would resolve your financial obligation with PORTFOLIO ASSET GROUP prior to initiating further collection activity to recover the amount owed to them. Apparently that is not the case.

In an effort to reach a mutually acceptable remedy to this matter, our client has agreed to offer you the opportunity to settle this indebtedness for 70% of the amount owed or $542.39. If this matter remains unresolved, we will have no other alternative but to evaluate your credit history and present financial circumstances, then proceed accordingly.

You now have an extremely important decision to make. The wrong choice could ultimately be more costly to you in the future, as this offer to settle at a reduced rate may not be available.

If you are unable to pay in full or settle at the reduced rate, contact our office today. You may qualify for our hardship program. However, please be advised that your failure to respond will leave us with no option but to use the resources of this agency to explore all means of recovering the total amount due to our client.

Time is of the essence. We genuinely hope that you resolve this obligation without the need for further collection activity. Should you have any questions regarding this matter please call at the above referenced number.

Sincerely,

Phillips & Cohen Associates, Ltd.

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.


EXHIBIT M