**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

<u>VIA FACSIMILE</u>

September 16, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Bob Dixon
████████
████████ FL ████

JC Penney /GE Money Bank: # ████████, Reference: #████████

LASPD file number: ████

Dear Sir or Madam:

As you know from our previous correspondence, dated April 30, 2009, we represent Bob Dixon regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Mr. Dixon. Nonetheless, your firm has continued to contact Mr. Dixon directly, via written correspondence dated July 21, 2009. We demand that your firm immediately stop contacting Mr. Dixon's and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Mr. Dixon's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead
Supervising Attorney
Enc.

**EXHIBIT N**

**NetCFax Sent Fax transmission report**
**Fax sent at : Wed Sep 16 17:28:38 2009**

Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB – This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : NORMAL |
| **NetCFax Fax ID #** | : 24317 |
| **To Fax #** | : 13023680970 |
| **To Name** | : |
| **To Company** | : Philipps & Cohen Assoc |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| **From name** | : Jeff Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili |
| **Subject** | : Bob Dixon / ▓▓▓▓▓ |
| Time sent | : 11:29:20 |
| Date sent | : 2009/09/16 |
| Speed used | : 14400 |
| Sending time | : 4 mins 59 secs |
| **Total Pages** | : Cover page plus 5 attached pages |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**