**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

<u>**VIA FACSIMILE**</u>

August 03, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Anna Gobble 
, VA 

Consumer's account: ▇▇▇▇▇

LASPD file number: ▇▇▇

Dear Sir or Madam:

Please be advised that we represent Anna Gobble regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Gobble. As you will see, Ms. Gobble's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.



**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: ANNA MAE Hobble
First Client

SIGNED: Anna Mae Hobble
First Client

DATED: 7-29-08

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 29th
OF July, 2008.

Missy Morrison
NOTARY PUBLIC

[Notary Seal: MISSY MORRISON, NOTARY PUBLIC, MY COMMISSION NUMBER 7026698, COMMONWEALTH OF VIRGINIA]

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

| SOURCE OF INCOME | AMOUNT | | |
|---|---|---|---|
| (Social Security) *month* | ████ | | |
| Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | | | |
| Other Disability Benefits | | | |
| (Veterans' Benefits) *month* | ████ | | |
| Workers' Compensation | | | |
| Public Aid | | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits (ERISA-from company retirement plans) or IRA's | | **TOTAL INCOME** | ████ |

| | | | |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | ████ *Month* | Clothing | ████ |
| (Utilities)(gas)(electric)(telephone)(cell phone) water, etc.) | ████ | Medical | ████ |
| ~~Real estate taxes. Be sure to divide the yearly amount by 12.~~ | | Dental | |
| Food | ████ | Religious Affiliation Donations | |

7

| | | | |
|---|---|---|---|
| Car Payment(s) | _____ | Health Insurance | ▓▓▓▓▓ |
| Car Insurance | _____ | Life Insurance | ▓▓▓▓▓ |
| Car: Gas & Maintenance | _____ | | |
| ~~Other~~ Transportation Costs | ▓▓▓ month | Other Expenses (List) | |
| Reasonable expenses to support a child or parent | _____ | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |
| | _____ | | |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? _no_.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): _____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: _ANNA MAE HOBBLE_
                First Client

SIGNED: _Anna Mae Hobble_
          First Client

DATED: _____

PRINTED NAME: _____
                Second Client

SIGNED: _____
          Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
_29th_ DAY OF _July_, 200_8_

_Missy Morrison_
NOTARY PUBLIC

[Notary seal: MISSY MORRISON, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA, COMMISSION NUMBER 7026...]

8

AUG 2 6 2008

# Your New Benefit Amount

BENEFICIARY'S NAME: ANNA M GOBBLE

Your Social Security benefits will increase by 2.3 percent in 2008, because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is
- The amount we are deducting for Medicare medical insurance is
  (If you did not have Medicare as of Nov. 15, 2007,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is
  (If you did not elect withholding as of Nov. 1, 2007, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is
  (If you did not elect voluntary federal tax withholding as of
  Nov. 15, 2007, we show $0.00.)
- After taking any other deductions, we will deposit into your bank account on Jan. 3, 2008.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter.

## What If I Have Questions?

Visit our website at www.socialsecurity.gov for information and a variety of online services. Or, call 1-800-772-1213 and speak to a representative from 7 a.m. until 7 p.m. on business days. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, 1-800-325-0778. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, you also can visit your local office.

BNC#:  VA

Over ▶

**NetCFax Sent Fax transmission report**
**Fax sent at : Mon Oct 05 18:23:49 2009**

Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | **: NORMAL** |
| NetCFax Fax ID # | : 22417 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : Phillips & Cohen Associates |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff.Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili |
| **Subject** | **: Anna Gobble /** ▬▬▬ |
| Time sent | : 15:02:57 |
| Date sent | : 2009/08/03 |
| Speed used | : 14400 |
| Sending time | : 3 mins 46 secs |
| **Total Pages** | **: Cover page plus 5 attached pages** |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**