## **L**egal **A**dvocates for **S**eniors and **P**eople with **D**isabilities
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

September 30, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Anna Gobble
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓ VA ▓▓▓

Direct Merchants Bank: ▓▓▓▓▓▓▓▓
Reference: ▓▓▓▓

LASPD file number: ▓▓▓

Dear Sir or Madam:

As you know from our previous correspondence, dated August 3, 2009, we represent Anna Gobble regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Ms. Gobble. Nonetheless, your firm has continued to contact Ms. Gobble directly, via collection letter mailed to the client's residence dated August 15, 2009. We demand that your firm immediately stop contacting Ms. Gobble and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Ms. Gobble's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead
Supervising Attorney

**EXHIBIT Q**

**NetCFax Sent Fax transmission report**
**Fax sent at : Wed Sep 30 16:41:13 2009**

Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : NORMAL |
| **NetCFax Fax ID #** | : 25160 |
| **To Fax #** | : 13023680970 |
| **To Name** | : |
| **To Company** | : Phillips & Cohen Associates Ltd |
| **From fax #** | : 13122631637 |
| **From voice #** | : 13122631633 |
| **From name** | : Jeff Whitehead |
| **From company** | : LASPD |
| **Subject** | : Anna Gobble / ▬▬▬▬ |
| **Time sent** | : 09:59:33 |
| **Date sent** | : 2009/09/30 |
| **Speed used** | : 14400 |
| **Sending time** | : 1 mins 17 secs |
| **Total Pages** | : Cover page plus 1 attached page |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**