**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

August 23, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Eleonore Jasiorkowski
▬▬▬▬▬▬
▬▬, IL ▬▬

Consumer's account: ▬▬▬ / ▬▬▬▬▬▬▬

LASPD file number: ▬▬

Dear Sir or Madam:

Please be advised that we represent Eleonore Jasiorkowski regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Jasiorkowski. As you will see, Ms. Jasiorkowski's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead,
Supervising Attorney
Enc.

**EXHIBIT U**

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax:  312-263-1637
E-Mail:  info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: __JASIORKOWSKI, ELEONORE__
                            First Client

SIGNED: _____Eleonore Jasiorkowski_____
                            First Client

DATED: __12-15-08__


PRINTED NAME: _____
                            Second Client

SIGNED: _____
                            Second Client

DATED: _____


SUBSCRIBED AND SWORN TO BEFORE ME THIS __15TH__ DAY
OF __DECEMBER__, 200_8_.

__Michelle L Scaletta__
NOTARY PUBLIC

OFFICIAL SEAL
MICHELLE L SCALETTA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/05/09

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly and accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | ███ | Wages | |
| Other Disability Benefits | | Unemployment Compensation | |
| Veterans' Benefits | | Rental Income | |
| Workers' Compensation | | Interest Income | |
| Public Aid | | Other Income (if any, please describe) | |
| Alimony | | | |
| Child Support | · | | |
| Pension Benefits (ERISA- from company retirement plans) or IRA's | | **TOTAL INCOME** | ███ |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | ███ | Clothing | ███ |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | ███ | Medical | ███ |
| Real estate taxes. *Be sure to divide the yearly amount by 12.* | | Dental | |
| Food | | Religious Affiliation Donations | |

7

| | | | |
|---|---|---|---|
| Car Payment(s) | | Health Insurance | ▓ |
| Car Insurance | | Life Insurance | ▓ |
| Car: Gas & Maintenance | | | |
| Other Transportation Costs | | Other Expenses *(List)* ACCIDENT INSURANCE | ▓ |
| Reasonable expenses to support a child or parent | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL EXPENSES** | ▓ |

Have you ever **co-signed** a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? __YES__.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): ▓▓▓▓▓▓▓▓▓▓▓▓

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: __ELEONORE JASIORKOWSKI__
　　　　　　　　　　　　First Client

SIGNED: __Eleonore Jasiorkowski__
　　　　　　　　　　　　First Client
DATED: __12-15-08__

PRINTED NAME: _____
　　　　　　　　　　　　Second Client

SIGNED: _____
　　　　　　　　　　　　Second Client
DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
__15TH__ DAY OF __DECEMBER__, 200__8__

__Michelle L Scaletta__
NOTARY PUBLIC

```
OFFICIAL SEAL
MICHELLE L SCALETTA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08/09/09
```

8

# 4437

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2008**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | | Box 2. Beneficiary's Social Security Number |
|---|---|---|
| ELEONORE M JASIORKOWSKI | | ▮▮▮▮▮ |

| Box 3. Benefits Paid in 2008 | Box 4. Benefits Repaid to SSA in 2008 | Box 5. Net Benefits for 2008 (Box 3 minus Box 4) |
|---|---|---|
| ▮▮▮▮▮ | NONE | ▮▮▮▮▮ |

| DESCRIPTION OF AMOUNT IN BOX 3 | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|
| Paid by check or direct deposit ▮▮▮▮ | NONE |
| Medicare Part B premiums deducted from your benefits ▮▮▮▮ | |
| Total Additions ▮▮▮▮ | |
| Benefits for 2008 ▮▮▮▮ | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

ELEONORE M
JASIORKOWSKI

▮▮▮▮▮
▮▮▮▮▮ IL ▮▮▮▮▮

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

▮▮▮▮▮

Form SSA-1099-SM (1-2009)        DO NOT RETURN THIS FORM TO SSA OR IRS

**NetCFax Sent Fax transmission report**
**Fax sent at : Wed Nov 11 13:18:50 2009**

Server : at IP address 99.1.122.230

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : NORMAL |
| **NetCFax Fax ID #** | : 23314 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : Phillips & Cohen Associates Ltd |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff Whitehead |
| From company | : LASPD |
| Subject | : Eleonore Jasiorkowski / ▮▮▮▮ |
| Time sent | : 07:39:24 |
| Date sent | : 2009/08/24 |
| Speed used | : 14400 |
| Sending time | : 4 mins 16 secs |
| Total Pages | : Cover page plus 5 attached pages |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**