**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax:  312-263-1637
E-Mail:  info@mylegaladvocates.org

<u>**VIA FACSIMILE**</u>

September 16, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re:  Deborah Saravello
      ▇▇▇▇▇▇▇▇▇▇
      ▇▇▇▇▇▇, PA 1▇▇▇

Consumer's account: ▇▇▇▇▇▇▇

LASPD file number: ▇▇▇

Dear Sir or Madam:

Please be advised that we represent Deborah Saravello regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets.  LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Saravello.  As you will see, Ms. Saravello's income is protected from levy, attachment or garnishment by Federal and/or State law.  Moreover, there is no income available for any payment arrangement or settlement.  Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require.  If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT AA

## Legal Advocates for Seniors and People with Disabilities
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

     Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: __Deborah Saravello__
                              First Client

SIGNED: __Deborah Saravello__
                    First Client

DATED: __8/25/08__

PRINTED NAME: _____
                              Second Client

SIGNED: _____
                    Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS __29th__ DAY OF __August__, 200__8__.

__Anthony J. Lombardi__
NOTARY PUBLIC

NOTARIAL SEAL
Anthony J Lombardi
NOTARY PUBLIC
City of Philadelphia, Philadelphia County
My Commission Expires 11/01/2011

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly** and **accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS - MONEY RECEIVED BEFORE DEDUCTIONS

| SOURCE OF INCOME | AMOUNT | | |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | $ ▓▓▓ a month | | |
| Other Disability Benefits | | | |
| Veterans' Benefits | | | |
| Workers' Compensation | | | |
| Public Aid | $ ▓▓ FOOD | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits (ERISA- from company retirement plans) or IRA's | | TOTAL INCOME | $ ▓▓▓ per month |

### B. MONTHLY EXPENSES - MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | ▓▓▓ | Clothing | ▓▓ |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | ▓▓▓ | Medical | |
| Real estate taxes. *Be sure to divide the yearly amount by 12.* | | Dental | |
| Food | ▓▓▓ | Religious Affiliation Donations | ▓▓▓ |

7

| | | | |
|---|---|---|---|
| Car Payment(s) | | Health Insurance | |
| Car Insurance | | Life Insurance | ▓▓▓ per month |
| Car: Gas & Maintenance | | | |
| Other Transportation Costs | ▓▓▓ per month | Other Expenses (*List*) | |
| Reasonable expenses to support a child or parent | | | |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? _____.
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan): _____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: __Deborah Saparello__
                     First Client

SIGNED: __Deborah Saparello__
                     First Client

DATED: __8/25/08__

PRINTED NAME: _____
                     Second Client

SIGNED: _____
                     Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
__29th__ DAY OF __August__, 200__8__

__[signature]__
NOTARY PUBLIC

NOTARIAL SEAL
Anthony J Lombardo
NOTARY PUBLIC
City of Philadelphia, Philadelphia County
My Commission Expires 1/01/2011

8

\*\*\*   REC ▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉   CIPQYAG   PQAG   (F-HFW )   \*\*\*

SOCIAL SECURITY ADMINISTRATION

Date: January 8, 2008
Claim Number: ▉▉▉▉▉▉

OCT 0 6 2008

DEBORAH L SARAVELLO
▉▉▉▉▉▉ PA ▉▉▉▉▉

# 4064

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

Beginning January 2008, the current
Supplemental Security Income payment is................$ ▉▉▉

This is after we have withheld ▉▉▉ to recover an overpayment.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Other Important Information

SENT BY U12

**NetCFax Sent Fax transmission report**
**Fax sent at : Wed Nov 11 13:34:25 2009**

Server : at IP address 99.1.122.230

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : NORMAL |
| NetCFax Fax ID # | : 24300 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : Phillips & Cohen Assoc |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili |
| Subject | : Deborah Saravello / ███████ |
| Time sent | : 10:43:05 |
| Date sent | : 2009/09/16 |
| Speed used | : 14400 |
| Sending time | : 4 mins 8 secs |
| Total Pages | : Cover page plus 5 attached pages |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**