**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

October 09, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re:  Veronica Quinn

, WI 

Consumer's account: ▇▇▇▇▇

LASPD file number: ▇▇▇

Dear Sir or Madam:

Please be advised that we represent Veronica Quinn regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets.  LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Quinn.  As you will see, Ms. Quinn's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require.  If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*[signature]*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT GG

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: _Veronica A. Quinn_
First Client

SIGNED: _Veronica A. Quinn_
First Client

DATED: _7-1-08_

PRINTED NAME: _____
Second Client

SIGNED: _____
Second Client

DATED: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS _1st_ DAY OF _July_, 200_8_.

_[signature]_
NOTARY PUBLIC

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly and accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | None None None None | Wages/Income | |
| | | Unemployment Compensation | |
| Other Disability Benefits | None | Rental Income | |
| Veterans' Benefits | None | Interest Income | |
| Workers' Compensation | | Other Income (if any, please describe) | |
| Public Aid | | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits (ERISA- from company retirement plans) or IRA's | | **TOTAL INCOME** | None |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | ▓▓▓ Month | Clothing No money for Cloths | None |
| Utilities (gas, electric, telephone, cell phone, water, etc.) None | $▓▓ to ▓▓ | Medical – Just had A lot eye surgery Diabetic and Blood Pressure problems | |
| Real estate taxes. *Be sure to divide the yearly amount by 12.* | None | Dental | None |
| Food Usually No Money for food | Sometimes ▓▓ month | Religious Affiliation Donations | About ▓▓ a year |

7

| | | | |
|---|---|---|---|
| Car Payment(s) | ███████ | Health Insurance | None |
| Car Insurance | ███████ | Life Insurance | ███████ |
| Car: Gas & Maintenance | ███████ | | |
| Other Transportation Costs | None | Other Expenses (List) Soap, Bath tissue Tooth Paste, Cleaners Keenex | Shampoo, Conditioner Around ███ That is, if I have Any money. |
| Reasonable expenses to support a child or parent | None | | |
| | | TOTAL EXPENSES | |

Have you ever **co-signed** a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? No

If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):

---

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: Veronica A. Quinn
                        First Client

SIGNED: *Veronica Quinn*
                        First Client

DATED: 7-1-08

PRINTED NAME: _____
                        Second Client

SIGNED: _____
                        Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
10th DAY OF July, 2008

*Caroline A. Agler*
NOTARY PUBLIC

8

# Social Security Administration



Date: December 9, 2008
Claim Number: ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓ T

VERONICA A QUINN
▓▓▓▓▓▓▓
▓▓▓▓ WI ▓▓▓▓▓
|.|.|....||.|.|...||.|.|.|.|.|..||.||.|..|.|....||..|.|

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2008, the full monthly Social Security benefit before any deductions is $ ▓▓▓▓▓.

We deduct $▓▓▓▓ for medical insurance premiums each month.

The regular monthly Social Security payment is $ ▓▓▓▓▓
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Information About Past Social Security Benefits

From December 2007 to November 2008, the full monthly Social Security benefit before any deductions was $ ▓▓▓▓▓.

We deducted ▓▓▓▓ for medical insurance premiums each month.

The regular monthly Social Security payment was $ ▓▓▓▓▓
(We must round down to the whole dollar.)

## Date of Birth Information

The date of birth shown on our records is January 25, ▓▓▓▓.

## NetCFax Sent Fax transmission report
## Fax sent at : Wed Nov 18 18:42:12 2009

Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.

NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : NORMAL |
| NetCFax Fax ID # | : 25668 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : Phillips & Cohen Associates Ltd |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff Whitehead |
| From company | : LASPD |
| **Subject** | : Veronica Quinn / [redacted] |
| Time sent | : 09:57:13 |
| Date sent | : 2009/10/09 |
| Speed used | : 14400 |
| Sending time | : 5 mins 5 secs |
| **Total Pages** | : Cover page plus 5 attached pages |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**