**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

December 09, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Gail Taylor
▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬, NC ▬▬

Consumer's account: SS No ▬▬▬▬▬

LASPD file number: ▬▬

Dear Sir or Madam:

Please be advised that we represent Gail Taylor regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Taylor. As you will see, Ms. Taylor's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT JJ

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossmith, Executive Director
Nerin C. Broman, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: Gail M. Taylor
                First Client

SIGNED: Gail M. Taylor
         First Client

DATED: 3-12-09

PRINTED NAME: _____
               Second Client

SIGNED: _____
         Second Client

DATED: _____

*[Notary seal: JUDY HODGES, NOTARY PUBLIC, IREDELL COUNTY, NC]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS 12th DAY OF March, 2009.

Judy Hodges
NOTARY PUBLIC
Expires 10-30-13

6

Case 1:09-cv-06997   Document 20-36   Filed 02/01/10   Page 3 of 6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as completely, neatly and accurately as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement Survivors Disability Insurance (RSDI) *Please circle one or more.* | ▆ | Wage Income | |
| | | Unemployment Compensation | |
| Other Disability Benefits | | Rental Income | |
| Veterans' Benefits | | Interest Income | |
| Workers' Compensation | | Other Income (if any, please describe) | ▆ |
| Public Aid Housing | ▆ | | |
| Alimony | | | |
| Child Support | | | |
| Pension Benefits (ERISA from company retirement plans) or IRA's | | TOTAL INCOME | ▆ .00 |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| (Rent) Mortgage *Please circle one* | ▆ .00 | Clothing | ▆ .00 |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | ▆ .00 | Medical | ▆ .00 |
| Real estate taxes. *Be sure to divide the yearly amount by 12* | ▆ .00 | Dental | |
| Food | ▆ .00 | Religious Affiliation Donations | ▆ .00 |

7

| Car Payment(s) | | Health Insurance | |
| --- | --- | --- | --- |
| Car Insurance | | medicine | |
| | | Life Insurance | |
| Other Transportation Costs | | Other Expenses (List) | |
| | | Rental house ??? ??? | |
| Reasonable expenses to support a child or parent | | Sat. tv | |
| | | Internet | |
| | | legal fees | |
| | | 2 hospital payments @ 25.?? | |
| | | TOTAL EXPENSES | .00 |

Have you ever co-signed a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? NO
If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):

_____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: Gail M Taylor
                  First Client

SIGNED: Gail M. Tayl*
                  First Client

DATED: 3-12-09

PRINTED NAME: _____
                  Second Client

SIGNED: _____
                  Second Client

DATED: _____

SUBSCRIBED AND SWORN TO ME THIS
12th DAY OF March, 2009

Judy Hodges
NOTARY PUBLIC

Expires 10-30-13

[Notary Seal: JUDY HODGES NOTARY PUBLIC IREDELL COUNTY, NC]

8

***  REC ████████████████████████████ ████  (F-HF5 )  ***

SOCIAL SECURITY ADMINISTRATION

#████

Date: April 15, 2009
Claim Number: ████████

APR 2 0 2009

GAIL M TAYLOR
████████████████
████████ NC ████████

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2008, the full monthly
Social Security benefit before any deductions is......$ ████

We deduct $96.40 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ ████
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Other Important Information

SENT BY I11 MEDICARE PART D PREMIUM OF $████ PER MONTH DEDUCTED FROM BENEFIT LEAVES A NET BALANCE OF $████.

NetCFax Sent Fax transmission report
Fax sent at : Mon Jan 11 17:59:39 2010

Server : at IP address 99.1.122.230

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
Developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| Fax Status | : NORMAL |
| NetCFax Fax ID # | : 27881 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : Phillips & Cohen Associates |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili- |
| Subject | : Gail Taylor |
| Time sent | : 13:11:11 |
| Date sent | : 2009/12/09 |
| Speed used | : 14400 |
| Sending time | : 5 mins 24 secs |
| Total Pages | : Cover page plus 5 attached pages |

No comments were included on this cover page...

END OF TRANSMISSION REPORT...