PO Box 48458
Oak Park, MI 48238
Return Service Requested

JAN 07 2010

12/11/09

**Phillips & Cohen Associates, Ltd.**
Ph 866-321-2195  •  Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

| CHECK CARD USING FOR PAYMENT | VISA | MC | DISCOVER |
|---|---|---|---|
| CARD NUMBER | | | PAYMENT AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | | | |
| SIGNATURE | | | EXP. DATE |

Check the box below if you are paying by credit card

☐
1002 Justison Street
Wilmington, DE 19801

GAIL TAYLOR

Reference #:
Balance: $830.39

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re:  Client:            **PORTFOLIO ASSET GROUP**
     Original Creditor: **WALMART**
     Orig. Acct#:
     Reference#:
     Balance:           $830.39

Dear GAIL TAYLOR:

  Your account has now been purchased by our client, PCA Acquisitions V, LLC. d/b/a PORTFOLIO ASSET GROUP and they have referred to our office for collection on their behalf. To resolve this matter and prevent any further collection activity, full payment should be sent to this office at 1002 Justison Street Wilmington, DE 19801.

  IT IS NOT IN YOUR BEST INTEREST TO NEGLECT THIS ACCOUNT! YOU MAY CONTACT OUR OFFICE AT THE ABOVE TELEPHONE NUMBER.

                                        Sincerely,

                                        Phillips & Cohen Associates, Ltd.

Payment by credit card transaction fees: MasterCard, Visa and Discover $5 per $150.

**  IMPORTANT CONSUMER INFORMATION  **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

NORTH CAROLINA PERMIT NUMBER: 3293

Phillips & Cohen Associates, Ltd.  •  1002 Justison Street  •  Wilmington, DE 19801  •  866-3
(QESP)35:T039:009438:001:1000:09345:PU01:PCA1.559:01:

EXHIBIT
KK