**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

<u>**VIA FACSIMILE**</u>

January 11, 2010

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Gail Taylor
　　　　　, NC

Wal-Mart / GE Card Services: #　　　　　; Reference: #

LASPD file number:

Dear Sir or Madam:

As you know from our previous correspondence, dated December 9, 2009, we represent Gail Taylor regarding your firm's attempts to collect the above-referenced debt.

In that correspondence, we requested that you cease all further communications with Ms. Taylor. Nonetheless, your firm has continued to contact Ms. Taylor directly, via written correspondence dated December 11, 2009. We demand that your firm immediately stop contacting Ms. Taylor's and direct all further communications regarding this debt to our office.

Moreover, as we previously informed your firm, Ms. Taylor's income is protected from levy, attachment or garnishment by Federal and/or State law. We therefore request that you cease all further collection activities regarding this debt.

If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead
Supervising Attorney
Enc.


EXHIBIT
LL

NetCFax Sent Fax transmission report
Fax sent at: Mon Jan 11 18:00:03 2010

Server: at IP address 99.1.122.230

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
Developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
THIS FAX WAS SENT SUCCESSFULLY....

| | |
|---|---|
| Fax Status | : NORMAL |
| NetCFax Fax ID # | : 29102 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : Phillips & Cohen |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili |
| Subject | : Gail Taylor / [redacted] |
| Time sent | : 15:08:47 |
| Date sent | : 2010/01/11 |
| Speed used | : 14400 |
| Sending time | : 5 mins 23 secs |
| Total Pages | : Cover page plus 5 attached pages |

No comments were included on this cover page...

END OF TRANSMISSION REPORT...