**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

November 02, 2009

Phillips & Cohen Associates Ltd
1002 Justison Street
Wilmington, DE 19801

Re: Harold and Diane Anderson
▬▬▬▬
▬▬▬, WV ▬▬▬▬

Consumer's account: ▬▬▬▬

LASPD file number: ▬

Dear Sir or Madam:

Please be advised that we represent Harold and Diane Anderson regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Mr. and Mrs. Anderson. As you will see, Mr. and Mrs. Anderson's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.

**EXHIBIT NN**

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf and attempt to resolve any debt which may be due and owing to said creditors. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: HAROLD F. ANDERSON
First Client

SIGNED: Harold F. Anderson          Harold F. Anderson
First Client

DATED: ~~February 6th 2006~~          Feb. 13. 2006

PRINTED NAME: DIANE Anderson
Second Client

SIGNED: Diane Anderson          Diane Anderson
Second Client

DATED: February 9th, 2006     Feb 13, 2006

SUBSCRIBED AND SWORN TO BEFORE ME THIS __13__ DAY OF __Feb__, 200_6_.

_Russell L. Wickline_
NOTARY PUBLIC

RUSSELL L. WICKLINE, Notary Public
In and For The State of Ohio
My Commission Expires NOVEMBER 26, 2007

5

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL  60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

Edward Grossman, Executive Director
Marta C. Bukala, Deputy Director
Jeff Whitehead, Supervising Attorney

**To our Client:**

Please help us to help you. The best way to give creditors a full understanding of your financial information is by filling out this affidavit as **completely, neatly and accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND ASSETS

Please put a checkmark to indicate only those sources of income that you receive and put the amount you receive each month in the appropriate column.

**I. Sources of Income (and Monthly Amounts) which are Protected by Law:**

Source of Income                                           Monthly Amount

(✓) Social Security benefits                               $ ▓▓▓▓▓▓▓ ⁰⁰/₁₀₀

( ) Disability benefits                 N/A               $ _____
     (including long-term disability
     and short-term disability benefits)

( ) Pension benefits (ERISA) and IRA's   N/A              $ _____

( ) Veterans' benefits                   N/A              $ _____

( ) Public Aid benefits                  N/A              $ _____

( ) Workers' Compensation benefits       N/A              $ _____

( ) Unemployment benefits                N/A              $ _____

( ) Child support and/or maintenance (alimony)  N/A       $ _____

**II. Other Sources of Income NOT Listed Above:**

Source                                                     Monthly Amount
_____ None                                    $ _____

_____                                         $ _____

**THE NEXT PAGE IS VERY IMPORTANT TO COMPLETE IF WE ARE GOING TO REPRESENT YOU PROPERLY. PLEASE FILL IN EVERY SPACE THAT APPLIES TO YOU AND PUT AN (X) IN ANY SPACE THAT DOES NOT APPLY TO YOU.**

6

### III. Assets:

a) House or real estate valued at: $ ███ Dollars  mobile home. which includes a mortgage and/or home equity loan(s) of $_____. (The value of your home is the amount that you could sell it for if you were going to sell it. A local real estate broker may be able to help you determine this amount. The mortgage amount and/or the home equity loan should be the total amounts outstanding.)

b) $ ███ worth of all personal property (for example, clothing, furniture, electronics and bank accounts).

c) A motor vehicle valued at $ ███ which includes a total amount owed of $ ███ on a vehicle loan. (You can find the trade-in value of your car at websites such as www.kbb.com and www.edmunds.com or by looking at the Kelley Blue Book at your local library. Alternatively, you can ask a local car dealer. **If you own more than one vehicle, please list this information in section IV below.**)

d) $ None received from the sale of real estate within the past 12 months.

e) $ None of life insurance benefits due to the death of an immediate family member within the past 12 months.

f) $ None which I have received or expect to receive from a personal injury case involving me within the past 12 months.

g) An award to me under state crime victims' compensation laws of $ None.

### IV. Other Assets Not Listed Above:

_____ valued at $ _____
_____ None _____ valued at $ _____
_____ valued at $ _____
_____ valued at $ _____

The above-listed information has been carefully provided by me. I have disclosed all of my sources of income and my assets. I understand the purpose of this affidavit and have voluntarily signed it.

PRINTED NAME: Harold F Anderson
First Client

SIGNED: Harold F Anderson
First Client

DATED: February 6th 2006

Harold F Anderson
Feb. 13, 2006

PRINTED NAME: Diane Anderson
Second Client

SIGNED: Diane Anderson
Second Client

DATED: February 9th 2006

Diane Anderson
Feb. 13, 2006

SUBSCRIBED AND SWORN TO BEFORE ME THIS 13 DAY OF Feb, 2006.

Russell L Wickline
NOTARY PUBLIC

RUSSELL L. WICKLINE, Notary Public
In and For The State of Ohio
My Commission Expires NOVEMBER 26, 2007

7

**NetCFax Sent Fax transmission report**
**Fax sent at : Thu Nov 05 17:31:17 2009**
Server : at IP address 99.1.122.230

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | : **NORMAL** |
| NetCFax Fax ID # | : 26538 |
| To Fax # | : 13023680970 |
| To Name | : |
| To Company | : **Phillips & Cohen Assoc** |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : **Jeff Whitehead** |
| From company | : Legal Advocates for Seniors & People with Disabili |
| Subject | : **Harold & Diane Anderson /** ▓▓▓▓▓▓ |
| Time sent | : 14:52:11 |
| Date sent | : 2009/11/02 |
| Speed used | : 14400 |
| Sending time | : 3 mins 2 secs |
| Total Pages | : **Cover page plus 4 attached pages** |

No comments were included on this cover page...


END OF TRANSMISSION REPORT...