**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jerry DeCarolis, Margaret Fuller, Lola Austin, Bob Dixon, Anna Gobble, Mary Daniel, Eleonore Jasiorkowski, Brenda McLeod, Deborah Saravello, Roger Langlais, Veronica Quinn, Gail Taylor, And Diane Anderson,<br>　　　Plaintiffs,<br><br>　　v.<br><br>Phillips & Cohen Associates, Ltd., a New Jersey corporation,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br>No.　09 C 6997<br><br>Magistrate Judge Cox |

**STIPULATION OF DISMISSAL**

　　　Plaintiffs, Jerry DeCarolis, Margaret Fuller, Lola Austin, Bob Dixon, Anna Gobble, Mary Daniel, Eleonore Jasiorkowski, Brenda McLeod, Deborah Saravello, Roger Langlais, Veronica Quinn, Gail Taylor, and Diane Anderson, having reached a settlement with the Defendant, hereby stipulate to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 30, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps　　(Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

　　　　　　　　　　　　　　　　　　　ENTERED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Magistrate Judge Susan E. Cox,
　　　　　　　　　　　　　　　　　　　United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Robert S. Phillips                        Robert.Phillips2@chartisinsurance.com
Thomas & Associates
300 S. Riverside
Suite 2330
Chicago, Illinois 60606


/s/ David J. Philipps_____

David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com